Matthew C. Addison (NSBN 4201)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
maddison@mcdonaldcarano.com

*Attorneys for Central Environmental, Inc. and
Liberty Mutual Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF Q.M.E. GUNITE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL ENVIRONMENTAL, INC., an Alaska corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Defendants. | Case No. 3:24-cv-00230-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE ANSWER**<br><br>**(Third Request)** |

Plaintiff United States of American For The Use And Benefit Of Q.M.E. Gunite Inc. ("Plaintiff") and Defendants Central Environmental, Inc. and Liberty Mutual Insurance Company (together, "Defendants") (collectively, Plaintiffs and Defendants are referred to herein as the "Parties"), by and through their respective counsel, for good cause shown, hereby stipulate and agree to extend Defendants' deadline to file an Answer to the Complaint from August 7, 2024 to August 12, 2024. This is the third stipulation for extension of time to file Defendants' Answer. This Stipulation and schedule extension has been entered into by the Parties as a professional courtesy to Defendants as undersigned counsel was not hired by the Defendants until after the deadline for filing

1  the Answer was due. Accordingly, good cause exits for the forgoing extension, which is not made
2  for purposes of delay.

4  Dated this 7th day of August, 2024                    Dated this 7th day of August, 2024

5  LANAK & HANNA, P.C.                                   McDONALD CARANO LLP

8  By:*/s/ David R. Johnson*                             By: */s/Matthew C. Addison*
   David R. Johnson (NSBN 006696)                        Matthew C. Addison (NSBN 4201)
9  8375 W. Flamingo Rd. #102                             100 West Liberty Street, Tenth Floor
   Las Vegas, NV 89147                                   Reno, Nevada 89501
10 Telephone: (702) 727-3565                             Telephone: (775) 788-2000
   drjohnson@lannak-hanna.com                            maddison@mcdonaldcarano.com

12 *Attorneys for United States of America For*          *Attorneys for Central Environmental, Inc. and*
   *The Use And Benefit if Q.M.E. Gunite Inc.*           *Liberty Mutual Insurance Company*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 7, 2024

2