Matthew C. Addison (NSBN 4201)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
maddison@mcdonaldcarano.com

*Attorneys for Central Environmental, Inc. and Liberty Mutual Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF Q.M.E. GUNITE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL ENVIRONMENTAL, INC., an Alaska corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Defendants. | Case No. 3:24-cv-00230-CSD<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER** |

Plaintiff United States of America For The Use And Benefit of Q.M.E. Gunite, Inc., a California corporation ("Plaintiff"), and Defendants Central Environmental, Inc., an Alaska corporation, and Liberty Mutual Insurance Company, a Massachusetts corporation ("Defendants"), through their respective undersigned counsel, hereby represent they have entered into a confidential settlement of the above-captioned matter, and stipulate and agree as follows:

1. All of the claims and causes of action asserted, or that could have been asserted, by Plaintiff against Defendants, including its related persons, entities, companies (as managers, owners, shareholders, and/or members) and successors-in-interest, in this litigation may be, and hereby are, dismissed with prejudice, with each party to bear its own attorneys' fees and costs incurred in the litigation and settlement of this matter.

2. All counterclaims and causes of action asserted, or that could have been asserted, by Defendants against Plaintiff, including its related persons, entities, companies (as managers, owners, shareholders, and/or members), and successors-in-interest, in this litigation may be, and hereby are, dismissed with prejudice, with each party to bear its own attorneys' fees and costs incurred in the litigation and settlement of this matter.

Dated this 27th day of January, 2025         Dated this 27th day of January, 2025

LANAK & HANNA, P.C.                           McDONALD CARANO LLP


By:*/s/ David R. Johnson*                     By: /s/ *Matthew C. Addison*
David R. Johnson (NSBN 006696)                Matthew C. Addison (NSBN 4201)
8375 W. Flamingo Rd. #102                     100 West Liberty Street, Tenth Floor
Las Vegas, NV 89147                           Reno, Nevada 89501
Telephone: (702) 727-3565                     Telephone: (775) 788-2000
drjohnson@lannak-hanna.com                    maddison@mcdonaldcarano.com

*Attorneys for United States of America For   Attorneys for Central Environmental, Inc. and*
*The Use And Benefit if Q.M.E. Gunite Inc.    Liberty Mutual Insurance Company*

**ORDER**

IT IS SO ORDERED:


_____
UNITED STATES MAGISTRATE JUDGE


DATED: January 28, 2025

2